| | | | |
|---|---|---|---|
| | AUSA: Timothy McDonald | Telephone: (313) 226-9100 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: Sarah Soles | Telephone: (810) 989-5056 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Carolina LOPEZ-GOMEZ

Case No. 26-30122

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 4, 2026__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Sarah Soles* (signature)

*Complainant's signature*

Sarah Soles, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 5, 2026__

*Elizabeth A. Stafford* (signature)

*Judge's signature*

City and state: __Detroit, MI__   Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Sarah A. Soles, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since June of 2009.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases.  I have also reviewed material from the official immigration file and system automated data relating to Carolina LOPEZ-GOMEZ, which attests to the following:

2. Carolina LOPEZ-GOMEZ is a twenty-two-year-old female, native and citizen of Mexico, who claims to have last entered the United States at or near El Paso, Texas in November of 2024, without being admitted, inspected or paroled by an Immigration Officer.

3. On or about October 25, 2024, LOPEZ-GOMEZ was arrested by the U.S. Border Patrol near Santa Teresa, New Mexico. LOPEZ-GOMEZ was issued an Expedited Removal and subsequently removed from the United States to Mexico on October 25, 2024, via El Paso, Texas.

4. On March 4, 2026, LOPEZ-GOMEZ was encountered by a Marysville Border Patrol Agent while assisting Shelby Township Police Department at a traffic stop in Shelby Township, Michigan. The agent placed LOPEZ-GOMEZ under arrest after determining she was illegally present in the United States.

5. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

1

6. Review of records from the alien file (A# xxx xxx 899) for LOPEZ-GOMEZ and queries in U.S. Department of Homeland Security databases confirm that no record exists of LOPEZ-GOMEZ obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following her last removal on or about October 25, 2024.

7. Based on the above information, there is probable cause to believe that, on or about March 4, 2026, at or near Shelby Township, in the Eastern District of Michigan, Southern Division, Carolina LOPEZ-GOMEZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about October 25, 2024, at or near El Paso, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Sarah A. Soles, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

2